**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

KHALFANI KAMAU                                                    PETITIONER

v.                                              CIVIL ACTION NO. 3:23-CV-252-JHM

JEFF TINDAL, OLDHAM COUNTY DETENTION CENTER            RESPONDENT

**ORDER**

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this 28 U.S.C. § 2241 habeas action is **DISMISSED.  IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

There being no just reason for delay in its entry, this is a **final and appealable Order**.

The Court **certifies** that an appeal *in forma pauperis* would be frivolous and therefore not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Any further request for a certificate of appealability or to appeal *in forma pauperis* should be directed to the Sixth Circuit Court of Appeals pursuant to the requirements of Fed. R. App. P. 22(b) and 24, respectively.

Joseph H. McKinley Jr., Senior Judge
United States District Court

September 15, 2023

cc:     Petitioner, *pro se*
4414.014